CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 0 7 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| PETER N. BABUS, <br><br> *Plaintiff,* <br><br> v. <br><br> M/A-COM PRIVATE RADIO SYSTEMS, INC.[1] <br><br> *Defendant* | CIVIL NO. 6:06cv00048 <br><br><br> ORDER <br><br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Motion for Summary Judgment, filed on June 7, 2007 (docket entry no. 14). For the reasons stated in the accompanying Memorandum Opinion:

(1) Defendant's Motion for Summary Judgment (docket entry no. 14) is hereby GRANTED;

(2) Plaintiff's case is hereby DISMISSED WITH PREJUDCE; and

(3) the clerk of the court is hereby ordered to STRIKE this case from the court's docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to Plaintiff.

ENTERED: /s/ Norman K. Moon
United States District Judge

August 7, 2007
Date

---

[1] Although Plaintiff named "M/A-COM Private Radio Systems, Inc." in his Complaint, M/A-COM, Inc. is Plaintiff's employer and is the party who has responded to Plaintiff's allegations.